UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 0 3 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | SA-22-CR-366-OLG |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| (4) FELIPE ORDUNA-TORRES, | § | |
| (7) ARMANDO GONZALES-ORTEGA, | § | |
| | § | |
| Defendants. | § | |

## AMENDED PARTIES' AGREED STIPULATIONS OF FACT AND TESTIMONY

TO THE HONORABLE DISTRICT JUDGE ORLANDO GARCIA:

The parties, by and through their undersigned counsel, stipulate and agree as follows:

### Alienage: November 4, 2021

1. That **Exhibit 416**[1] accurately lists the names and countries of citizenship of the 60 aliens found in the back of a tractor-trailer driven by Joe Anthony Sanchez on November 4, 2021, and that each alien was unlawfully present in the United States. In support, the following exhibits are admitted:

    - **417** (*I-213 Record of Deportable/Inadmissible Alien for each of the 60 Aliens found in back of tractor-trailer driven by Joe Anthony Sanchez on 11/4/21*)
    - **418** (*Certificate of Non-Existence for 60 Aliens Encountered on 11/04/21*)

### Alienage: December 1, 2021

2. That **510** accurately lists the names and countries of citizenship of the 63 aliens found in the back of a tractor-trailer driven by Sabrina Rubio-Espinoza on December 1, 2021, and that each alien was unlawfully present in the United States. In support, the following exhibits are admitted:

    - **511** (*I-213 Record of Deportable/Inadmissible Alien for each of the 63 Aliens found in back of tractor-trailer driven by Sabrina Rubio-Espinoza on 12/1/21*)

---

[1] All Exhibits referenced hereinafter (identified by number only—**bold and underlined**) are Government Exhibits.

Case 5:22-cr-00366-OLG   Document 356   Filed 03/03/25   Page 2 of 5

*United States v. Felipe Orduna-Torres & Armando Gonzales-Ortega*
*SA-22-CR-366-OLG*
*Agreed Stipulations of Fact and Testimony*
*Page 2 of 5*

- **512** (*Certificate of Non-Existence for 63 Aliens Encountered on 12/1/21*)

<ins>Alienage: February 8, 2022</ins>

3. That **607** accurately lists the names and countries of citizenship of the 78 aliens found in the back of a tractor-trailer driven by Aurelio Barajas-Pulidor on February 8, 2022, and that each alien was unlawfully present in the United States. In support, the following exhibits are admitted:

   - **608** (*I-213 Record of Deportable/Inadmissible Alien for each of the 78 Aliens found in back of tractor-trailer driven by Aurelio Barajas-Pulidor on 2/8/22*)
   - **609** (*Certificate of Non-Existence for 78 Aliens Encountered on 2/8/22*)

<ins>Alienage: March 30, 2022</ins>

4. That **710** accurately lists the names and countries of citizenship of the 107 aliens found in the back of a tractor-trailer driven by Daniel Chavez on March 30, 2022, and that each alien was unlawfully present in the United States. In support, the following exhibits are admitted:

   - **711** (*I-213 Record of Deportable/Inadmissible Alien for each of the 107 Aliens found in back of tractor-trailer driven by Daniel Chavez on 3/30/22*)
   - **712** (*Certificate of Non-Existence for 107 Aliens Encountered on 3/30/22*)

<ins>Alienage: April 29, 2022</ins>

5. That **812** accurately lists the names and countries of citizenship of the 98 aliens found in the back of a tractor-trailer driven by Othell Brown on April 29, 2022, and that each alien was unlawfully present in the United States. In support, the following exhibits are admitted:

   - **813** (*I-213 Record of Deportable/Inadmissible Alien for each of the 98 Aliens found in back of tractor-trailer driven by Othell Brown on 4/29/22*)
   - **814** (*Certificate of Non-Existence for 98 Aliens Encountered on 4/29/22*)

<ins>Alienage: June 15, 2022</ins>

6. That **915** accurately lists the names and countries of citizenship of the 71 aliens found in the back of a tractor-trailer driven by Denny Fuentes on June 15, 2022, and that each alien was unlawfully present in the United States. In support, the following exhibits are admitted:

   - **916** (*I-213 Record of Deportable/Inadmissible Alien for each of the 71 Aliens found in back of tractor-trailer driven by Denny Fuentes on 6/15/22*)
   - **917** (*Certificate of Non-Existence for 71 Aliens Encountered on 6/15/22*)

<ins>Alienage: June 27, 2022</ins>

7. That **1101** accurately lists the names and countries of citizenship of the 53 aliens who died as a result of travelling in the back of the tractor-trailer driven by Homero Zamorano on June 27,

Case 5:22-cr-00366-OLG   Document 356   Filed 03/03/25   Page 3 of 5

*United States v. Felipe Orduna-Torres & Armando Gonzales-Ortega*
*SA-22-CR-366-OLG*
*Agreed Stipulations of Fact and Testimony*
*Page 3 of 5*

2022, and that each alien was unlawfully present in the United States. In support, the following exhibits are admitted:

- **1103-A thru 1155-A (all -As only)** (*Death Certificates*)
- **1102** (*Certificate of Non-Existence for Deceased from June 27, 2022*)

8. That **1101-A** accurately lists the names and country of citizenship of 11 aliens who survived travelling in the back of the tractor-trailer driven by Homero Zamorano on June 27, 2022, and that each alien was unlawfully present in the United States. In support, the following exhibits are admitted:

- **1156-A** (*I-213 Record for Begai Santiago-Hipolito*)
- **1157-A** (*I-213 Record for Celinda Ortega-Avila*)
- **1158-A** (*I-213 Record for Fredy Alexander Hernandez*)
- **1159-A** (*I-213 Record for Greysi Esmeralda Sanjay Bacajol*)
- **1160-A** (*I-213 Record for Jose Luis Vasquez-Guzman*)
- **1161-A** (*I-213 Record for Marvin Nery Gomez Castanon*)
- **1162-A** (*I-213 Record for Owaldo Leonel Sanjay-Bacajol*)
- **1163-A** (*I-213 Record for Paulina Gumercinda Aguilar-Lopez*)
- **1164-A** (*I-213 Record for Pedro Guillermo Gonzalez-Espino*)
- **1165-A** (*I-213 Record for Sebastiana Marcela Morales-Morales*)
- **1166-A** (*I-213 Record for Yenifer Yulisa Cardona Tomas*)
- **1102** (*Certificate of Non-Existence for Survivors from June 27, 2022*)

<u>Prior Removals of June 27 Deceased/Survivors</u>

9. That **1171** accurately reflects prior Deceased/Survivor encounters with Border Patrol—and that each was subsequently immediately removed to Mexico—in the month prior to June 27, 2022. In support, the following exhibits are admitted:

- **1114-D, E** (*pertaining to Enrique Romero Chavez*)
- **1119-C, D, E** (*pertaining to Francisco Tepaz-Simaj*)
- **1120-F, G, H** (*pertaining to Gustavo Daniel Santillan Santillan*)
- **1123-F, G** (*pertaining to Javier Florez Lopez*)
- **1127-E, F** (*pertaining to Jose Guadalupe Narciso Lopez Muniz*)
- **1128-D, E** (*pertaining to Josue Diaz Gallardo*)
- **1135-G, H** (*pertaining to Marcos Antonio Velasco Velasco*)
- **1143-C, D, E, F, G** (*pertaining to Nicolas Meletz Guarcax*)
- **1144-F** (*pertaining to Omar Rico Almanza*)
- **1145-E** (*pertaining to Oscar Aguado Romero*)
- **1150-D, E, F, G, H, I** (*pertaining to Sebastian Och-Mejia*)

Case 5:22-cr-00366-OLG   Document 356   Filed 03/03/25   Page 4 of 5

*United States v. Felipe Orduna-Torres & Armando Gonzales-Ortega*
*SA-22-CR-366-OLG*
*Agreed Stipulations of Fact and Testimony*
*Page 4 of 5*

- **1156-B, C** (*pertaining to Begai Santiago-Hipolito*)
- **1157-B** (*pertaining to Celinda Ortega-Avila*)
- **1160-B, C** (*pertaining to Jose Luis Vasquez-Guzman*)
- **1161-B** (*pertaining to Marvin Nery Gomez Castanon*)
- **1163-B** (*pertaining to Paulina Gumercinda Aguilar-Lopez*)
- **1166-B** (*pertaining to Yenifer Yulia Cardona Tomas*)

Medical Examiner

10. That **1170** accurately lists personal property found during the 53 autopsies. In support, the following exhibits are admitted:

- **1103-C, D, E** (*pertaining to Adela Betulia Ramirez Quezada*)
- **1104-C, D, E, F** (*pertaining to Alejandro Miguel Andino Caballero*)
- **1105-C, D, E** (*pertaining to Alvaro Enrique Ojeda Salazar*)
- **1107-C, D** (*pertaining to Belkis Esmeralda Anariba Caceres*)
- **1111-C** (*pertaining to Denis Isaias Niz Barrios*)
- **1113-C** (*pertaining to Efrain Ferrel Garcia*)
- **1114-C** (*pertaining to Enrique Romero Chavez*)
- **1115-C, D** (*pertaining to Fernando Gallegos Garcia*)
- **1116-C** (*pertaining to Fernando Jose Redondo Caballero*)
- **1118-C, D, E** (*pertaining to Francisco Javier Delgado Rodriguez*)
- **1120-C, D, E** (*pertaining to Gustavo Daniel Santillan Santillan*)
- **1121-C, D** (*pertaining to J. Marcial Trejo Hernandez*)
- **1122-C, D** (*pertaining to Jair Valencia Olivares*)
- **1123-C, D, E** (*pertaining to Javier Florez Lopez*)
- **1124-C, D, E, F** (*pertaining to Jesus Alvarez Ortega*)
- **1125-C** (*pertaining to Jonny Tziquin Tzoc*)
- **1126-C, D** (*pertaining to Jose Antonio Perez Ramirez*)
- **1127-C, D** (*pertaining to Jose Guadalupe Narciso Lopez Muniz*)
- **1128-C** (*pertaining to Josue Diaz Gallardo*)
- **1130-C, D, E** (*pertaining to Juan Jesus Trejo Tellez*)
- **1131-C** (*pertaining to Juan Valeriano Domitilo*)
- **1132-C, D** (*pertaining to Juan Wilmer Tulul Tepaz*)
- **1133-C, D** (*pertaining to Julio Lopez Lopez*)
- **1135-C, D, E, F** (*pertaining to Marcos Antonio Velasco Velasco*)
- **1136-C** (*pertaining to Margie Tamara Paz Grajeda*)
- **1138-C** (*pertaining to Maria Guadalupe Montero Serrato*)

Case 5:22-cr-00366-OLG    Document 356    Filed 03/03/25    Page 5 of 5

*United States v. Felipe Orduna-Torres & Armando Gonzales-Ortega*
*SA-22-CR-366-OLG*
*Agreed Stipulations of Fact and Testimony*
*Page 5 of 5*

- **1139-C, D** (*pertaining to Mariano Santiago Hipolito*)
- **1140-C** (*pertaining to Mayra Beltran Frausto*)
- **1141-C, D, E** (*pertaining to Miriam Elizabeth Ramirez Garcia*)
- **1142-C, D** (*pertaining to Misael Olivares Monterde*)
- **1144-C, D** (*pertaining to Omar Rico Almanza*)
- **1145-C, D** (*pertaining to Oscar Aguado Romero*)
- **1146-C** (*pertaining to Pablo Ortega Alvarez*)
- **1147-C** (*pertaining to Pascual Melvin Guachiac Sipac*)
- **1148-C** (*pertaining to Pedro Daniel Telles Gonzalez*)
- **1149-C, D, E** (*pertaining to Rudy Chilel Yoc*)
- **1150-C** (*pertaining to Sebastian Och-Mejia*)
- **1153-C, D** (*pertaining to Yazmin Nayarith Bueso Nunez*)
- **1154-C** (*pertaining to Yeison Efrain Jimenez Abelarde*)
- **1155-C, D** (*pertaining to Yovani Valencia Olivares*)

ACKNOWLEDGED, AGREED AND STIPULATED:

_____    3/3/25
FELIPE ORDUNA-TORRES              DATE

_____    3/3/25
EDGAR BAEZ, Attorney for Felipe Orduna-Torres    DATE

_____    3/3/25
ARMANDO GONZALES-ORTEGA           DATE

_____    3/3/25
EDGAR BAEZ, Attorney for Armando Gonzales-Ortega    DATE

_____    3/3/2025
ERIC FUCHS, Assistant United States Attorney    DATE