UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

MAR 18 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CAUSE NO. SA-22-CR-00366-OLG |
| | § | |
| (7) ARMANDO GONZALES-ORTEGA | § | |

## VERDICT FORM

We, the jury in the above-captioned case, unanimously return the following verdicts:

### COUNT ONE
### Conspiracy to Transport Aliens Within the United States

GUILTY __X__                                NOT GUILTY _____

*If you find the Defendant ARMANDO GONZALES-ORTEGA Guilty of the offense charged Count One, you must make the following additional findings:*

(1) We, the Jury, further unanimously find beyond a reasonable doubt that the offense charged in Count One resulted in the death of at least one person:

YES __X__                        NO _____

(2) We, the Jury, further unanimously find beyond a reasonable doubt that, during and in relation to the offense charged in Count One, the Defendant caused serious bodily injury to, or placed in jeopardy the life of, at least one person:

YES __X__                        NO _____

1 of 2

## COUNT TWO
### Transportation of Aliens Within the United States

GUILTY __X__                    NOT GUILTY _____

*If you find the Defendant ARMANDO GONZALES-ORTEGA Guilty of the offense charged in Count Two, you must make the following additional finding:*

(1) We, the Jury, further unanimously find beyond a reasonable doubt that the offense charged in Count Two resulted in the death of at least one person:

YES __X__                        NO _____

## COUNT THREE
### Transportation of Aliens Within the United States

GUILTY __X__                    NOT GUILTY _____

*If you find the Defendant ARMANDO GONZALES-ORTEGA Guilty of the offense charged in Count Three, you must make the following additional finding:*

(1) We, the Jury, further unanimously find beyond a reasonable doubt that, during and in relation to the offense charged in Count Three, the Defendant caused serious bodily injury to, or placed in jeopardy the life of, at least one person:

YES __X__                        NO _____

3-18-2025
**Date**

2 of 2